Order issued October 1, 2012



In The

# Court of Appeals
## Fifth District of Texas at Dallas

---

### No. 05-12-01280-CV

---

### IN RE MACHIAPPAN SUBBIAH MUTHUKUMAR, Relator

---

Original Proceeding from the County Court at Law No. 2
Dallas County, Texas
Trial Court Cause No. CC-12-02127-B

---

# ORDER

Before Justices Morris, Richter, and Lang-Miers

Based on the Court's opinion of this date, we **DENY** relator's petition for writ of mandamus.

We **ORDER** that relator bear the costs of this original proceeding.


MARTIN RICHTER
JUSTICE